UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| AZIZ MIZRAIM BEY, | | Civil Action No: 1:18-cv-01897-ILG-RER |
| Plaintiff, | | |
| -against- | | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| RAS LAVRAR, LLC, and CAVALRY SPV I, LLC/ CALVARY PORTFOLIO SERVICES, LLC/ CALVARY INVESTMENTS, LLC, | | |
| Defendant(s). | | |

*FILED IN CLERK'S OFFICE US DISTRICT COURT E.D.N.Y. ★ SEP 12 2018 ★ BROOKLYN OFFICE*

To the Clerk of the above-named Court:

It is hereby agreed by the undersigned parties and attorneys for Plaintiff Aziz Mizraim Bey, and Defendants RAS LaVrar, LLC and Cavalry SPV I, LLC/Cavalry Portfolio Services, LLC/Cavalry Investments, LLC, that the within action shall be dismissed with prejudice and with each party to bear their own fees and costs.

| | |
|---|---|
| **The Tariq Law Firm, PLLC** | **London Fischer LLP** |
| *Attorney for Plaintiff* | *Attorney for Defendant* |
| *Aziz Mizraim Bey* | *RAS LaVrar, LLC* |
| | |
| By: /s/Subhan Tariq | By: /s/ Thomas A. Leghorn |
| Subhan Tariq, Esq. | Thomas A. Leghorn, Esq. |
| | |
| 68 Jay Street, Suite 201 | 59 Maiden Lane |
| Brooklyn, NY 11201 | New York, NY 10038 |
| Tel No: (718) 674-1245 | Tel No: (212) 331-9555 |

**Maurice Wutscher LLP**
*Attorney for Defendant*
*Cavalry SPV I, LLC/Cavalry Portfolio Services, LLC/*
*Cavalry Investments, LLC*

By: /s/Thomas R. Dominczyk
       Thomas R. Dominczyk, Esq.

5 Walter Foran Blvd
Suite 2007
Flemington, NJ 08822
Tel No: (908) 237-4550

So Ordered

s/I. Leo Glasser

9/12/18